DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SHERMAN LEVI MELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-07-0193 EJG |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| SHERMAN LEVI MELLO, | Date:  June 8, 2007 |
| Defendant. | Time:  10:00 a.m. |
| | Judge: Edward J. Garcia |

It is hereby stipulated and agreed to between the United States of America through Michael Beckwith, Assistant United States Attorney, and SHERMAN LEVI MELLO, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for June 1, 2007, be vacated and rescheduled for status conference on June 8, 2007, at 10:00 a.m.

This continuance is being requested because defense counsel is unavailable on June 1, 2007.

IT IS FURTHER STIPULATED that the period from June 1, 2007, through and including June 8, 2007, be excluded in computing the time

within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: May 22, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon

_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
SHERMAN LEVI MELLO

Dated: May 22, 2007

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for

_____
MICHAEL BECKWITH
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated:  May 22, 2007

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge

Stip & Order                                  2