```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  SHERMAN LEVI MELLO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR-S-07-0193 EJG |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
|  | ) STATUS CONFERENCE AND AMENDING |
| v. | ) MOTION AND HEARING SCHEDULE |
|  | ) |
| SHERMAN LEVI MELLO, | ) |
|  | ) Date: December 14, 2007 |
| Defendant. | ) Time: 10:00 a.m. |
|  | ) Judge: Edward J. Garcia |
| _____ | ) |

It is hereby stipulated and agreed to between the United States of America through Michael Beckwith, Assistant United States Attorney, and SHERMAN LEVI MELLO, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for October 5, 2007, be vacated and rescheduled for status conference on December 14, 2007, at 10:00 a.m.

This continuance is being requested due to on-going defense investigation, preparation, and defense counsel's previous sick leave.

IT IS FURTHER STIPULATED that the motions schedule previously set

1  in open court be amended such that defendant's motion(s) shall now be
2  filed on or before November 9, 2007.  The government's opposition shall
3  be due on November 30, 2007.  The reply to the government's opposition
4  shall be due on December 7, 2007, with an evidentiary hearing to be
5  determined at the status conference scheduled for December 14, 2007.
6      IT IS FURTHER STIPULATED that the period from August 17, 2007,
7  through and including December 14, 2007, be excluded in computing the
8  time within which trial must commence under the Speedy Trial Act,
9  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
10 continuity and preparation of counsel.
11 Dated: October 3, 2007

                          Respectfully submitted,

                          DANIEL J. BRODERICK
13                           Federal Defender

14                           /s/ Matthew C. Bockmon

15                           _____
                          MATTHEW C. BOCKMON
                          Assistant Federal Defender
16                           Attorney for Defendant
                          SHERMAN LEVI MELLO

18
Dated: October 3, 2007
19
                          MCGREGOR W. SCOTT
20                           United States Attorney

21                           /s/ Matthew C. Bockmon for

22                           _____
                          MICHAEL BECKWITH
                          Assistant U.S. Attorney
23                           per telephonic authority

24
25
26 //
27 //
//
28

Stip & Order                          2

**O R D E R**

IT IS SO ORDERED.

Dated:  October 3, 2007

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge