```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  SHERMAN LEVI MELLO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-07-0193 EJG |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND AMENDING MOTION AND HEARING SCHEDULE |
| v. | |
| SHERMAN LEVI MELLO, | Date: February 29, 2008 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Edward J. Garcia |

It is hereby stipulated and agreed to between the United States of America through Michael Beckwith, Assistant United States Attorney, and SHERMAN LEVI MELLO, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for December 14, 2007, be vacated and rescheduled for status conference on February 29, 2008, at 10:00 a.m.

This continuance is being requested due to on-going defense investigation, preparation, and defense counsel's "use or lose" annual leave.

IT IS FURTHER STIPULATED that the motions schedule previously set

1 be amended such that defendant's motion(s) shall now be filed on or
2 before January 18, 2008.  The government's opposition shall be due on
3 February 15, 2008.  The reply to the government's opposition shall be
4 due on February 22, 2008, with any evidentiary hearing to be determined
5 at the status conference scheduled for February 29, 2008.

6     IT IS FURTHER STIPULATED that the period from December 14, 2007,
7 through and including February 29, 2008, be excluded in computing the
8 time within which trial must commence under the Speedy Trial Act,
9 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
10 continuity and preparation of counsel.

11 Dated: December 12, 2007

Respectfully submitted,
DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
SHERMAN LEVI MELLO

17 Dated: December 12, 2007

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
MICHAEL BECKWITH
Assistant U.S. Attorney
per telephonic authority

## O R D E R

IT IS SO ORDERED.

26 Dated:   December 12, 2007

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge

Stip & Order                                 2