McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>SHERMAN LEVI MELLO,<br><br>           Defendant. | CR. S-07-193 EJG<br><br>**SUMMARY JUDGMENT OF DECISION** |

This defendant's motion to suppress came before the Court on September 26, 2008.  For the reasons stated in the attached transcript of the September 26 proceedings, the defendant's motion to suppress is **DENIED.**

**IT IS SO ORDERED**

Date: October 22, 2008          /s/ Edward J. Garcia
                                EDWARD J. GARCIA
                                United States District Court Judge

1