DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Sherman Levi Mello

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SHERMAN LEVI MELLO,<br><br>　　　　Defendant | Case No.: 2:07 CR 193  EJG<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR HEARING AND TO EXCLUDE TIME – AS MODIFIED* |

The parties agree that time beginning December 17, 2008 and extending through February 4*, 2009 should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and T-4).  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(8)(A).

The parties further request that this matter be taken off the December 17, 2008, calendar and be rescheduled to February 4*, 2009 at 10:00 a.m..

STIP AND ORDER TO EXTEND TIME - 1

Respectfully submitted,

Date:   12-16-08                              By:     /s/ Danny D. Brace, Jr.,
                                                      DANNY D. BRACE, JR.,
                                                      Attorney for
                                                      Sherman Levi Mello


Date:   12-16-08                              By:     /s/ Michael Beckwith
                                                      Authorized to sign for Mr. Beckwith
                                                      On December 16, 2008
                                                      MICHAEL BECKWITH
                                                      Assistant U.S. Attorney

**IT IS SO ORDERED:**
**Dated:   December 16, 2008**

/s/ Edward J. Garcia
HON. EDWARD J. GARCIA