1

2   DANNY D. BRACE, JR., #114466
    LAW OFFICE OF DANNY D. BRACE, JR.
3   901 H Street, Suite 500
    Sacramento, CA  95814
4   (916) 552-6660
    Fax:  (916) 447-0592
5
    Attorney for Sherman Levi Mello
6

7                      IN THE UNITED STATES DISTRICT COURT

8                      FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10                                              )  Case No.: 2:07 CR 193  EJG
    UNITED STATES OF AMERICA,                   )
11                                              )  STIPULATION AND ORDER TO EXTEND
                Plaintiff,                      )  TIME FOR HEARING AND TO EXCLUDE
12                                              )
          vs.                                   )  TIME
13                                              )
    SHERMAN LEVI MELLO,                         )
14                                              )
                Defendant                       )
15  _____   )

16          The parties agree that time beginning April 3, 2009 and extending through May 8, 2009

17  should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and T-4).  The

18  parties submit that the ends of justice are served by the Court excluding such time, so that

19  counsel for the defendant may have reasonable time necessary for effective preparation, taking

20  into account the exercise of due diligence, and so that the defendant may have continuity of

21  counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties stipulate and agree that the interests of

22  justice served by granting this continuance outweigh the best interests of the public and the

23  defendant in a speedy trial.  18 U.S.C. §3161(h)(8)(A).

24          The parties further request that this matter be taken off the April 3, 2009, calendar and be

25  rescheduled to May 8, 2009 at 10:00 a.m..

1

2                                          Respectfully submitted,

3

4    Date:  4-2-09                                    By:  /s/ Danny D. Brace, Jr.,
                                                      DANNY D. BRACE, JR.,
5                                                     Attorney for
                                                      Sherman Levi Mello
6

7

8    Date:   4-2-09                                   By:/s/ Michael Beckwith
                                                      Authorized to sign for Mr. Beckwith
9                                                     On April 2, 2009
                                                      MICHAEL BECKWITH
10                                                           Assistant U.S. Attorney

11

12   **IT IS SO ORDERED:**
     **Dated:    April 2, 2009**

13   /s/ Edward J. Garcia
     HON. EDWARD J. GARCIA
14

15

16

17

18

19

20

21

22

23

24

25