DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Sherman Levi Mello

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>SHERMAN LEVI MELLO,<br><br>      Defendant | Case No.: 2:07 CR 193  EJG<br><br>Application for Order to Continue Sentencing<br><br>AND ORDER |

The parties agree and hereby request the Court grant an Order continuing the sentencing of Sherman Mello from November 4, 2009 to November 20, 2009 at 10:00 a.m. and that November 4, 2009 hearing be taken off the Court's calendar.  U. S. Probation Officer Karen Meusling has been informed of this application and order and of the requested new sentencing date.

Respectfully submitted,

Date:  10-19-09                                                          By:  /s/ Danny D. Brace, Jr.,
                                                                                       DANNY D. BRACE, JR.,
                                                                                       Attorney for
                                                                                       Sherman Levi Mello

Date:  10-19-09                                                          By:/s/ Michael Beckwith

STIP AND ORDER TO EXTEND TIME - 1

Authorized to sign for Mr. Beckwith
On October 19, 2009
MICHAEL BECKWITH
Assistant U.S. Attorney

**IT IS SO ORDERED:**
**Dated:   October 30, 2009**

 /s/ Edward  J.  Garcia
HON. EDWARD J. GARCIA