DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Sherman Levi Mello

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>SHERMAN LEVI MELLO,<br><br>       Defendant | Case No.: 2:07 CR 193  EJG<br><br>Application for Order to Continue Sentencing<br><br>AND   ORDER |

The parties agree and hereby request the Court grant an Order continuing the sentencing of Sherman Mello from December 16, 2009 to February 5, 2010 at 10:00 a.m. and that December 16, 2009 hearing be taken off the Court's calendar.  U. S. Probation Officer Brenda Baron-Harrell has been informed of this application and order and of the requested new sentencing date.

Respectfully submitted,

Date:   12-15-09　　　　　　　　　　　　　　　　By: /s/ Danny D. Brace, Jr.,
　　　　　　　　　　　　　　　　　　　　　　　　　DANNY D. BRACE, JR.,
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for
　　　　　　　　　　　　　　　　　　　　　　　　　Sherman Levi Mello

Application to Continue Sentencing - 1

| | |
|---|---|
| Date:   12-15-09 | By:/s/ Michael Beckwith<br>Authorized to sign for Mr. Beckwith<br>On December 15, 2009<br>MICHAEL BECKWITH<br>Assistant U.S. Attorney |

**IT IS SO ORDERED:**
**Dated:   December 15, 2009**

/s/ Edward J. Garcia
HON. EDWARD J. GARCIA