DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Sherman Levi Mello

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       vs.<br><br>SHERMAN LEVI MELLO,<br><br>              Defendant | Case No.: 2:07 CR 193  EJG<br><br>Application for Order to Continue Sentencing |

The parties agree and hereby request the Court grant an Order continuing the sentencing of Sherman Mello from February 5, 2010 to March 19, 2010 at 10:00 a.m. and that February 5, 2010 hearing be taken off the Court's calendar.  U. S. Probation Officer Brenda Baron-Harrell has been informed of this application and order and of the requested new sentencing date.

Respectfully submitted,

Date:   2-3-10                                        By:  /s/ Danny D. Brace, Jr.,
                                                                    DANNY D. BRACE, JR.,
                                                                    Attorney for
                                                                    Sherman Levi Mello

1 | Date:   2-3-10 | By:/s/ Michael Beckwith
2 | | Authorized to sign for Mr. Beckwith
  | | On February 3, 2010
3 | | MICHAEL BECKWITH
  | | Assistant U.S. Attorney
4

5 **IT IS SO ORDERED:**
  **Dated:   2/4/2010**
6

7 /s/ Edward J. Garcia
  HON. EDWARD J. GARCIA