HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Noa_Oren@fd.org

Attorneys for Defendant
SHERMAN MELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:07-CR-193-WBS |
|---|---|
| Plaintiff, | ) **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE EVIDENTIARY HEARING** |
| v. | ) Date: July 23, 2018 |
| SHERMAN MELLO, | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. William B. Shubb |

Plaintiff, United States of America, by and through Assistant United States Attorney Shea Kenny, and Defendant Sherman Mello, through his attorney Noa E. Oren, Assistant Federal Defender, hereby stipulate to continue the Evidentiary Hearing set for July 23, 2018 to August 13, 2018, at 9:00 a.m. The parties agree that the time is required so that Mr. Mello can obtain a copy of T.H.'s 2004 conviction records for giving false information to a police officer.

Dated: July 17, 2018                           HEATHER E. WILLIAMS
                                               Federal Defender

                                               */s/ Noa E. Oren*
                                               NOA E. OREN
                                               Assistant Federal Defender
                                               Attorney for SHERMAN MELLO

Stipulation and Order to Continue Evidentiary Hearing

-1-

| | |
|---|---|
| Dated: July 17, 2018 | MCGREGOR W. SCOTT<br>United States Attorney<br><br>*/s/*<br>SHEA KENNY<br>Assistant United States Attorney<br>Attorney for Plaintiff |

**O R D E R**

The Court has read and considered the Stipulation to Continue the Evidentiary Hearing. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the evidentiary hearing date and continues it to August 13, 2018, at 9:00 a.m.

IT IS SO ORDERED.

Dated: July 18, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE