UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

November 05, 2018

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHERMAN LEVI MELLO,

Defendant.

Case No. 2:07-cr-00193-WBS

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  SHERMAN LEVI MELLO ,

Case No. 2:07-cr-00193-WBS  from custody for the following reasons:

_____    Release on Personal Recognizance

_____    Bail Posted in the Sum of $ _____

_____    Unsecured Appearance Bond $ _____

_____    Appearance Bond with 10% Deposit

_____    Appearance Bond with Surety

_____    Corporate Surety Bail Bond

X    (Other): Defendant was sentenced to a term of TIME
_____    SERVED.

Issued at Sacramento, California on November 05, 2018 at 10:34 a.m.

By: _____

Senior District Judge William B. Shubb